FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 OCT 22 AM 11: 08

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| VS. | ) | CR406-124-01 |
| | ) | CR406-260-01 |
| **WILLIAM D. MORRIS** | ) | |

## ORDER

The Court has considered the motion of the defendant to amend the sentencing order regarding restitution. The motion is **DENIED**.

**SO ORDERED** this _22_ day of October, 2007.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia